150 A.3d 823

**THOMAS**

v.

**CECIL COUNTY**

Pet. Docket No. 371, Sept. Term, 2016

Court of Appeals of Maryland.

December 15, 2016

(No. 07–C–15–001763, Circuit Court for Cecil County).

Petition for writ of certiorari denied.

■

150 A.3d 823

**WHARTON**

v.

**FLEET CAR LEASE & ZURICH NORTH AMERICA**

Pet. Docket No. 404, Sept. Term, 2016

Court of Appeals of Maryland.

December 15, 2016

Opinion of the Court of Special Appeals unreported (No. 1444, Sept. Term, 2015).

Petition for writ of certiorari denied.